HARRY C. CORKE, Appellant, *v.* CITY OF SYRACUSE, Respondent.

(Argued October 9, 1934; decided October 23, 1934.)

*Clifford H. Searl* for appellant.

*Edward L. Robertson, Corporation Counsel (James C. Tormey* of counsel), for respondent.

Appeal withdrawn on payment of costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.